UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   VERONICA E WALKER DAVIS              § § § § § § §      Case No.: 09-15956
      JEROME DAVIS

      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/01/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/05/2009.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 36,305.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,438.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,438.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 573.64 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 149.44 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 723.08 |
| Attorney fees paid and disclosed by debtor | $ | 1,147.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LITTON LOAN SERVICIN | SECURED | 270,000.00 | 301,748.88 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 42,910.00 | NA | NA | .00 | .00 |
| AVENUE REALTY 1000 | SECURED | 288.00 | .00 | 288.00 | 24.00 | .00 |
| NUVELL CREDIT COMPAN | SECURED | 5,955.86 | 5,455.86 | 5,455.86 | 639.07 | .00 |
| SILVERLEAF RESORTS I | SECURED | .00 | .00 | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED | 8,500.00 | 22,233.90 | 8,500.00 | 961.85 | .00 |
| VILLAGE OF MAYWOOD W | SECURED | 1,800.00 | .00 | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 2,413.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,539.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 167.73 | NA | NA | .00 | .00 |
| CITI BP OIL | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,893.00 | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,700.27 | 3,872.23 | 3,872.23 | .00 | .00 |
| COMCAST | UNSECURED | 356.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 251.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 251.00 | NA | NA | .00 | .00 |
| DEBT RECOVERY SOLUTI | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 283.00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 3,259.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 109.00 | 112.82 | 112.82 | .00 | .00 |
| HSBC NV | UNSECURED | 3,822.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 3,091.00 | NA | NA | .00 | .00 |
| PROSPECT HEIGHTS FIR | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 417.00 | 419.09 | 417.09 | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SCHOLASTIC | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| TRAVELERS PRIMERICA | UNSECURED | 778.08 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 100.00 | .00 | 13,733.90 | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | UNSECURED | 537.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 480.31 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,649.00 | 2,649.57 | 2,649.57 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | .00 | 50,539.90 | .00 | .00 | .00 |
| HSBC BANK | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | .00 | 50,539.90 | .00 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 250.00 | 250.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | 2,379.00 | 2,379.00 | .00 | .00 |
| UNITED CONSUMER FINA | SECURED | NA | 492.49 | .00 | .00 | .00 |
| NUVELL CREDIT COMPAN | UNSECURED | NA | .00 | 1,355.86 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | .00 | .00 | 9,258.90 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 29,714.16 | .00 | .00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | 542.96 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 769.92 | NA | NA | .00 | .00 |
| AVENUE REALTY 1000 | UNSECURED | 432.00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | UNSECURED | 492.49 | NA | NA | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,815.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 2,915.00 | .00 | 5,340.80 | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 1,313.20 | NA | NA | .00 | .00 |
| NATIONWIDE COLLECTIO | UNSECURED | 26.57 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 288.18 | NA | NA | .00 | .00 |
| OMNIUM WORLDWIDE | UNSECURED | 43.45 | NA | NA | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 460.61 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 417.09 | NA | NA | .00 | .00 |
| RECOVERIES | UNSECURED | 343.71 | NA | NA | .00 | .00 |
| SAFECO INSURANCE | UNSECURED | 656.10 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 3,821.84 | NA | NA | .00 | .00 |
| VILLAGE OF BERWYN | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 1,848.99 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| **Scheduled Creditors:** | | | | | | |
| WEST ASSET MANAGEMEN | UNSECURED | 167.73 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | SECURED | .00 | .00 | 1,800.00 | 90.00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 2,942.00 | 343.71 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | NA | 352,288.78 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 13,955.86 | 1,600.92 | .00 |
| All Other Secured | 2,088.00 | 114.00 | .00 |
| **TOTAL SECURED:** | 16,043.86 | 1,714.92 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,713.88 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 723.08 |
| Disbursements to Creditors | $ | 1,714.92 |
| **TOTAL DISBURSEMENTS:** | $ | 2,438.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/20/2010          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**